# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2015

*The Court of Appeals hereby passes the following order:*

**A16I0015.  ANN MARIE LEVIS, et al. v. UPSON COUNTY, et al.**

Ann Marie Levis and David Alan Starling brought this action in equity under OCGA § 23-3-61 et seq., seeking ejectment and quiet title to certain land.  A special master was appointed and ruled in plaintiffs' favor.  Thereafter, the trial court granted the intervenors' motion for a right to a jury trial and certified its ruling under OCGA § 5-6-34 (b).  Plaintiffs then filed this application for interlocutory appeal.  However, we lack jurisdiction.

Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land.  Because this appeal involves title to land, jurisdiction appears to lie in the Supreme Court.  See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004).  Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  09/17/2015
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*